**213 So.2d 869**

Curtis Huey RODEN

v.

STATE.

8 Div. 302.

Supreme Court of Alabama.

Aug. 15, 1968.

Rehearing Denied Sept. 26, 1968.

J. N. Powell, Jr., Decatur, for petitioner.

MacDonald Gallion, Atty. Gen., and Lloyd G. Hart, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Curtis Huey Roden for certiorari to the Court of Appeals to review and revise the judgment and decision in Roden v. State, 44 Ala.App. 483, 213 So.2d 865 (8 Div. 140).

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

**212 So.2d 689**

Leslie Edward WILLIAMS

v.

STATE.

7 Div. 825.

Supreme Court of Alabama.

July 25, 1968.

Arthur Parker, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and John A. Lockett, Jr., Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Leslie Edward Williams for certiorari to the Court of Appeals to review and revise the judgment and decision in Williams v. State, 44 Ala.App. 443, 212 So.2d 687.

Writ denied.

LIVINGSTON, C. J., and COLEMAN and KOHN, JJ., concur.